THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* THOMAS MURPHY, Respondent.

Submitted April 13, 1942; decided April 30, 1942.

614

*Daniel J. O'Mara, District Attorney (Stephen K. Pollard* of counsel), for appellant.

*Leland R. Yost* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.